EL PUEBLO, DEMANDANTE Y APELADO, *v.* ROSARIO,
ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce en causa por adulteración de leche.

No. 1567.—Resuelto en noviembre 30, 1920.

ACUSACIÓN—EXCEPCIÓN PERENTORIA.—El Tribunal Supremo no revisará en apelación la resolución de la corte desestimando objeciones formuladas a la acusación, mediante excepción perentoria presentada en el momento del juicio.

ADULTERACIÓN DE LECHE—PRUEBA SUFICIENTE.—Habiéndose probado que en el puesto que el apelante tenía para vender leche su empleada vendió leche adulterada, estando, además, presente el acusado, tal prueba es suficiente para justificar una sentencia condenatoria.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. L. Tormes.*

Abogado del apelado: *Sr. José E. Figueras,* Fiscal.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del Tribunal.

El apelante fué acusado porque el día 26 de septiembre de 1919 ilegal, voluntaria y maliciosamente vendía leche de vaca adulterada. Dictada sentencia condenatoria apeló de ella para ante nosotros.

Dos son los errores que alega el apelante haber cometido la corte inferior para pedirnos la revocación de la sentencia, a saber: porque desestimó la excepción perentoria que el acusado presentó contra la acusación y porque erró al apreciar la prueba del juicio.

En cuanto al primer motivo expone el apelante que debió declararse con lugar la excepción perentoria que opuso a la acusación por no alegarse en ésta que la leche de vaca adulterada se vendía como pura. Como esta excepción no se formuló antes del juicio no puede ser considerada por nosotros según hemos resuelto en los casos de *El Pueblo v. París,* 25 D. P. R. 111; el de *El Pueblo v. Ramírez de Arellano,* 25 D. P. R. 267; *El Pueblo v. Rosaly,* 28 D. P. R. 475, y *El Pueblo v. González,* (pág. 785.)

Aunque en el segundo motivo del recurso se alega error

en la apreciación de la prueba, nada expone el apelante con respecto a ésta limitándose a argumentar ese motivo en el sentido de que la acusación debió alegar si la venta la hacía el acusado por sí mismo o por medio de algún agente o empleado, lo que expuso como uno de los motivos de la excepción previa aducida contra la acusación al comenzar el juicio y que no tenemos que considerar de acuerdo con la doctrina de los casos citados anteriormente.

Sin embargo, hemos examinado la prueba y la encontramos suficiente para justificar la sentencia condenatoria porque se probó que en el puesto que el apelante tenía para vender leche, su empleada Concepción Luiña la vendía adulterada. Además, él estaba presente cuando se hizo la venta.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.